No. 71–852. C. D. Construction Corp. *v.* Commissioner of Internal Revenue. C. A. 4th Cir. Certiorari denied. 

No. 71–853. Greenberg *v.* United States. C. A. 3d Cir. Certiorari denied. 

No. 71–854. Deutsch Co., Metal Components Division *v.* National Labor Relations Board. C. A. 9th Cir. Certiorari denied. 

No. 71–867. Simich et al. *v.* Milisavljevic et al. Sup. Ct. Ohio. Certiorari denied.

No. 71–869. Deutsch Co., Electronic Components Division *v.* National Labor Relations Board. C. A. 9th Cir. Certiorari denied. 

No. 71–876. Nemetz *v.* United States. C. A. 3d Cir. Certiorari denied. 

No. 71–886. Strachan Shipping Co. et al. *v.* City of Galveston; and
No. 71–890. Rorie *v.* City of Galveston. Sup. Ct. Tex. Certiorari denied.

No. 71–892. Zambrano *v.* United States. C. A. 3d Cir. Certiorari denied. 

No. 71–893. Lane *v.* Immigration and Naturalization Service. C. A. 9th Cir. Certiorari denied.

No. 71–896. Lozoff *v.* United States. C. A. 1st Cir. Certiorari denied.

No. 71–897. New York District Council No. 9, International Brotherhood of Painters & Allied Trades, AFL–CIO *v.* National Labor Relations Board. C. A. 2d Cir. Certiorari denied.